

* DONALD A. ALLEN
GAGE B. BEEKMAN
** J. NELS BJORKQUIST
LUKE J. CHIARELLI
◆ MARK J. CHRISTOPHER
JANE H. CHRISTOPHERSON
DENNIS P. COFFEY
RICHARD S. GOISMAN
AARON J. GRAF
CHRISTOPHER C. JANSON

\* Also licensed in Michigan
\*\* Also licensed in Florida
◆ Also licensed CPA

ATTORNEYS AT LAW
A LIMITED LIABILITY SERVICE CORPORATION
1509 NORTH PROSPECT AVENUE
MILWAUKEE, WISCONSIN 53202

TELEPHONE: 414-224-0600
FAX: 414-224-9359
WEB: www.mawickelaw.com

KRIS M. KLOVERS
◆ VICTOR A. KORNIS
JEFFREY J. MAWICKE
◆ MARTIN W. MEYER
◆ WILLIAM J. MORRIS
PAUL G. SHERBURNE
JENNIFER S. WALTHER
DAVID A. WEBER

Business Professionals
SCOTT A. KOMP
Certified Public Accountant

November 30, 2021

Honorable J.P. Stadtmueller
United States District Court Judge
Federal Courthouse – Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:   *United States v. Julian Sanchez*
         Eastern District of Wisconsin Case No. 20-CR-185

Dear Judge Stadtmueller:

On September 30, 2021 the Court ordered that the parties were to notify the Court by December 1, 2021 if a Defendant was electing to enter a plea of guilty. The Court further provided that all Plea Agreements were to be filed on or before December 10, 2021.

Please accept this letter as Notice that my client, Julian Sanchez, intends to enter a plea. I, on behalf of Mr. Sanchez, and the Government have had conversations regarding the proposed language of a Plea Agreement. We continue our discussions. I anticipate that it will be possible to file a Plea Agreement with the Court on or before December 10, 2021.

Thank you for your consideration.

Very Truly Yours,

/s/ *Electronically signed by Dennis P. Coffey*

Dennis P. Coffey

DPC/ah