To Whom It May Concern,

My name is Marissa Villalpando, I am the mother of Julian Sanchez's daughter, Genesis Sanchez. I'm writing this letter on behalf of my daughter Genesis and myself. Genesis is one of the sweetest and most polite 5 year old someone can meet. Since her father Julian has been away, it's appeared as thought a part of her is now missing. She misses him greatly, and asks for him daily. Julian and Genesis have a bond that is inseparable. Julian had always been a hard worker from high school, when we had our daughter, and I truly believe that if the court gave him a chance, just one, he would straighten up and do things correct. Our daughter needs an active father in her life, to show her things a mother cannot. I'm asking that the court could please take into consideration the void that my little girl has now that her father not here, as it's a void a mother cannot replace. It is tearing her apart, and myself as a mother who cannot explain to her what is going on, or when he will be back. I know that if given a chance, Julian has great potential to do things the right way and learn from this to only become a better man and father. Thank you for taking the time to read this. ~~Please, if there are any questions, do not hesitate to give me a call at (909)224-2253.~~

Best Regards,
Marissa Villalpando